IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DERRICK WALKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:22-cv-0877-D |
| | § | |
| CRIMINAL INVESTIGATION | § | |
| UNIT/DALLAS FIELD OFFICE | § | |
| IRS, WILLIAM BYRD, and BILLY | § | |
| F. WILLIAMS, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The court has under consideration the findings, conclusions, and recommendation of United States Magistrate Judge Rebecca Rutherford dated October 25, 2022. Having reviewed the findings, conclusions, and recommendation for plain error, and finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Plaintiff's August 30, 2022 request to reopen proceedings and September 27, 2022 request to add additional information and the defendant United States to proceedings are denied.

**SO ORDERED**.

November 21, 2022.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE

1